# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMIANL NO.** |
| | : | |
| v. | : | |
| | : | **MAGISTRATE NO. 21-MJ-360** |
| **PHILIP EDWARD KRAMER,** | : | |
| | : | |
| Defendant. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1752(a)(1) and (b)(1)(A)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building with a Dangerous Weapon)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Violent Entry and Disorderly Conduct** |
| | : | **and Parading, Demonstrating, or Picketing** |
| | : | **in a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |
| | : | **18 U.S.C. § 641** |
| | : | **(Theft of Government Property)** |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **PHILIP EDWARD KRAMER**, knowingly entered and remained in a restricted building and grounds, that, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a dangerous weapon.

(**Entering and Remaining in a Restricted Building or Grounds with a Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **PHILIP EDWARD KRAMER**, knowingly, and with intent to impede and disrupt the orderly conduct of

Government business and official functions, engaged in disorderly and disruptive conduct in, and within such proximity to the United States Capitol, a restricted building, when, and so that, such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **PHILIP EDWARD KRAMER**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

**(Violent Entry and Disorderly Conduct in a Capitol Building,** in violation of Title 40, United States Code, Section 5104 (e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **PHILIP EDWARD KRAMER**, willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

**(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104 (e)(2)(G))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **PHILIP EDWARD KRAMER**, embezzled, stole, purloined, knowingly converted to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, a "Do Not Enter" sign, which has a value of less than $1,000.

**(Theft of Government Property,** in violation of Title 18, United States Code, Section 641)

                          Respectfully submitted,

                          Channing D. Phillips
                          Acting U.S. Attorney
                          D.C. Bar No. 415793

By:    /s/ *Anita Eve*
        ANITA EVE
        Assistant United States Attorney (Detailee)
        Pennsylvania Bar No. 45519
        United States Attorney's Office
        District of Columbia
        Cell No. (215) 764-2177
        Anita.eve@usdoj.gov