UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-413 (EGS) |
| v. | : | |
| | : | |
| PHILIP EDWARD KRAMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Government's Unopposed Motion for Continuance of Sentencing Hearing, it is hereby **ORDERED** that the motion is **GRANTED**. The Court finds that in order to maintain continuity of counsel and the parties' need for additional time to resolve matters pertinent to the sentencing of the defendant it is in the interest of justice to continue the sentencing hearing.

The date for the filing of government's sentencing memoranda shall be continued to April 18, 2022, the date for the filing of the defendant's sentencing memoranda shall be continued to May 2, 2022, and the sentencing hearing shall be continued until a date to be determined by the Court.

BY THE COURT:

_____
**HONORABLE EMMET G. SULLIVAN**
**United States District Court Judge**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-413 (EGS) |
| v. : | |
| : | |
| PHILIP EDWARD KRAMER, : | |
| : | |
| Defendant. : | |

### MOTION FOR CONTINUANCE OF SENTENCING HEARING

The United States through its attorneys, Matthew Graves, United States Attorney for the District of Columbia, and Anita Eve, Assistant United States Attorney, and defendant Philip Edward Kramer, through his counsel, Jonathan Ogata, hereby respectfully move the Court for a continuance of the sentencing hearing scheduled in the above-captioned matter on April 7, 2022. In support of this Motion, the parties represent as follows:

1. As this Court is aware, the sentencing hearing in this matter is scheduled to commence on April 7, 2022 at 1:00 p.m. ET and the date of for the filing of the government's sentencing memoranda is March 16, 2022 and the date for the filing of the defendant's sentencing memoranda is March 30, 2022.

2. This is the first motion for continuance of the sentencing hearing filed by the government and the defendant.

3. Counsel for the government has found herself with familial issues which must be addressed throughout March 2022 and in order to maintain continuity of counsel this request for delay is necessary. Also, there are issues pertaining to the government's recommended sentence for the defendant which must be addressed. Both counsel for the government and the defendant will require the additional time requested to review the unresolved issues.

4. Counsel for the government has conferred with counsel for the defendant and there is no objection to this request for a continuance of the date for the filing of the respective sentencing memorandum and the sentencing hearing.

5. Wherefore, the parties respectfully request a continuance of the date for the filing of the government's memoranda until April 18, 2022, the date for the filing of the defendant's sentencing memoranda until May 2, 2022, and the sentencing hearing to a date to be determined by the Court.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Anita Eve
Anita Eve
Assistant United States Attorney, Detailee
PA Bar No. 45519

## CERTIFICATE OF SERVICE

On this 16th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

        */s/ Anita Eve*
        Anita Eve
        Assistant United States Attorney