UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00413 (EGS) |
| | : | |
| PHILIP EDWARD KRAMER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49 of the following video exhibit which has been provided to defense counsel and the Court via USAfx:

Exhibit 1 – Brumidi Corridor 3:10 pm

If the Court accepts the proposed video exhibit into evidence, the United States takes the position that the entered exhibit should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ ANITA EVE
ANITA EVE
PA Bar No. 45519
Assistant United States Attorney (Detailee)
U.S. Attorney's Office
555 4th Street, N.W., Room 5840
Washington, D.C.  20530
Anita.eve@usdoj.gov
(215) 764-2177