# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP EDWARD KRAMER<br>　　　　Defendant. | Case No. 1:21-CR-00413-EGS |

# LETTERS RE SENTENCING

　　Defendant, Philip Edward Kramer, by and through his attorney of record, Deputy Federal Public Defender Jonathan K. Ogata, hereby files letters in support of his position regarding sentencing.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender


DATED:  May 10, 2022　　　　　By  */s/ Jonathan K. Ogata*
　　　　　　　　　　　　　　　　　　JONATHAN K. OGATA
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender

1

To Honorable Emmett G Sullivan

United States District Judge
United States District Court for the  District of Columbia
333 Constitution Avenue
N.W. Washington DC 20001

Reference Philip Edward Kramer

Dear Honorable Emmett G Sullivan

Your Honor, I believe some people have days in our lives that we will always regret. For me, January 6th will always be one of those days.
It was never my intention going to Washington DC on January 6th to harm anyone or anything.

I am so sorry for the impact it has caused and strain it has put on the judicial system.

> There are two days that changed my life forever and that of my family, my friends and my neighbors, that I do regret and I am very remorseful for ever being part of.
>
> The first day would be myself attending that now infamous day, January 6th, 2021.
> A day not to be proud of.
>
> The second day would be the day I was arrested by the FBI. I would like to thank the FBI agents that gave me the option to turn myself in and be arrested at their field office instead of raiding my house in the middle of the night. They were very respectful toward me during this process.
>
> I was so naïve to what was really happening the day I was arrested.
> I was unaware I was going to be arrested.
>
> The realization of what was happening was when the officer was reading me my rights, handcuffing me, then putting me in the back of the car to be taken to jail.
>
> I was scared, confused, emotional, embarrassed, and humiliated. This was foreign to me.
>
> Your Honor, I consider myself to be a law abiding citizen. I have always conducted myself that way. I never thought I would be on the wrong side of the law.
> By putting myself in the situation that I did, I caused this trauma and turmoil on myself.
>
> When being booked and processed in jail, I was shaking so uncontrollably that the medical nurse and processing officer were very concerned I might have a medical episode. They were trying to calm me down, but I was unable to control my emotions for hours.

The humiliation of going through a strip search by the officers, taking a shower in jail, putting on the orange coveralls, is something I will never forget.

The embarrassment of wearing an ankle monitor for 60 days was difficult. I felt ashamed and embarrassed to go out in public wearing the ankle monitor, especially in front of my grandchildren.

The anguish this has created for me and my family has been overwhelming, emotionally, mentally and physically. This has taken a toll on my health.

I have always respected the law and law enforcement officers that serve our nation. I also have friends and neighbors that are police officers.

I have been an athlete my whole life, always strong mentally and physically, but by making one decision that I made to attend the rally in DC (which I sincerely regret) this has made me a shell of a man. I do not sleep much anymore, I have no energy to do things like I used to, mentally or physically and some days it is difficult to even get out of bed.

Not being able to provide for my family and losing my job of 27 years has devastated me. I had planned on staying at the company I work for until I retired. Due to the government revoking my licenses to drive a tanker truck, my company had no choice but to terminate me. All my bank accounts were closed as well by Wells Fargo. This stress has caused me many sleepless nights and I often cry at night.

Your Honor, if I could redo that day on January 6th, I never would have gone to Washington D.C.. I regret my actions and getting caught up in a situation that I never intended to be in. Through my actions, I put myself in an unpredictable situation that I am ashamed of and wish I could undo. Ever since that day, I have been living with the consequences of my actions, which I deeply regret.

Your Honor, I would like to be able to have some dignity to get my job back. Believe in myself again and to be a productive citizen of our society. I want to be able to go back to work to provide for my family and contribute to this great country of ours.

I ask if you would please consider some leniency in determining my sentencing and punishment.

Thank you for your time and service to our country as an Honorable Judge and Magistrate .

Philip E Kramer

Honorable Emmet G. Sullivan
United States District Court Judge

Copy, Jonathan _ Ogatae fd..org

I address the Honorable Judge Sullivan and the court , with all due respect
and sincerity , referencing the case concerning , Phillip Edward Kramer;
Scheduled for 5/7/22.

I created the following statements concerning my relations with Phil E. Kramer
over the past 30 years .

One of the finest fuel/hazardous waste tanker drivers on the road.

One of the finest customer relations delivery personnel in the field of
critical product delivery under adverse, short notice, time sensitive
situations for both civilian and government customers large and small
operations alike.  Phil Kramer has been a benchmark of dependable
response:  Customizing schedules to meet customer need no matter the
hour or duration;  always operating with all critical safety, and industry
 standards in place meeting customer needs.

Phil Kramer is a master  level athlete, multiple skillset, and sound
work ethic.  Phil Kramer has NO military experience or aspirations.

Phil Kramer has been  a work partner for many, many years.  Existing in the field of critical aviation operation, as a delivery
liaison and support service operator for our company (Est.)1937 with a sound foundation in support of all industry requesting
our services.

I have done some technical climbing ,mountaineering, and skiing with Phil
Kramer over the years.  Man of his word. Dependable.Respectful of experience and gravity.

I am convinced Phil Kramer along with many other (lemmings) followed mal-adjusted statements that led those with no real
knowledge of our government, it's, process and such down a path of such destruction  and individual despair I beg your
honor's attention to the following  (Solution Suggestion for Consideration) proposed as part of any solution.  The requirement
of Phil Kramer to produce pass and retake as many time as necessary  The Naturalization Test form,( citizenship,) or complete
adult education of 7th and 8th grade US History, Civic's course and PASS.  I propose this idea ! Your Honor.

In closing a few words of myself for reference. I am  75 year old, hardened combat veteran, Army Airborne/LRRP with  52
years experience  in aviation fuel operations, and  management of men and equipment in all applications.
Phil Kramer was, is, and still represents the critical industry needs of the type **worker Phil represents.**

Old paratrooper/climber saying.  " It is hard to see where you are going with your head up your fourth point of contact"
YOUR ASS!!

All the respect and good will I can muster upon you and your court,

If additional information or reference is required; please contact,


Robert F. Clark
Aviation Fuel Sales
Jankovich Company
███████████           Anytime!



Honorable Emmet G. Sullivan,

I am writing this letter to speak on the behalf of Philip (Phil) Edward Kramer who is due to appear before you in Court on May 7, 2022.

I have been Phil's employer and friend at The Jankovich Company since December 1993 and in that time, Phil has always been a model employee and a sincere, hardworking individual. I have spent a lot of personal time with Phil and know his heart and morals are in a good place and this incident was out of character for him.

I understand that Phil has behaved in an inexcusable way, and I believe the Court will make a fair and balanced decision. It is my belief that Phil has done and can continue to do a lot of good at The Jankovich Company.

I have known Phil since 1990 and I know that this has been an incident that has galvanized him to reevaluate his actions.

Thank you for your time. Please feel free to contact me should any further information be needed.

Sincerely,

Troy Jankovich
VP Fuels

April 8, 2022

From: Modenia Joy Kramer

███████████████████
████████████

To: Honorable Emmet G. Sullivan
United States District Judge
Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Reference: Mr. Philip E. Kramer

Dear Honorable Judge E.G. Sullivan:

My name is Modenia Joy Kramer; I will be 90 years old in September. I have lived in Oxnard, CA, for over twenty years, and before that, I raised my four sons in Garden Grove, CA. Phil is my youngest and is a twin. He has been a joy to me all his life. He was the gentlest of all my sons, never in trouble at school or with the law. He was always respectful of his dad and me. He was trustworthy, and when I was ill, he was the one that showed concern and wanted to help by offering to fix me tea and toast.

He is married to Michelle Kramer and has two children and two grandchildren. He has proved to be a wonderful grandparent. And as a young man, he was very dedicated to sports in high school; he and his twin brother were in bed by eight o'clock on school days. Phil rode his bike for miles and kept himself in good condition. He has always eaten well and maintained his health. His brothers support him when the chips are down. They have learned blood is thicker than water. Family is family.

He has always been a law-abiding citizen, never been arrested or charged with any crime. He has a good reputation in his neighborhood and community. Phil is brave, he is always willing to help others, and when his neighborhood in Yorba Linda was threatened by fire, he was one of the first responders; he saved homes. He was severely injured, and needed medical care as the fires erupted. He also supported and coached local youth sports and donated blankets and varieties of food to the homeless.

Phil has told me how sorry he is for his action on January 6, 2021. Yes, his action has caused him tremendous pain and heartache. His activity on that day has caused the ruination of his good name and his family. He is experiencing many sleepless nights.

As his mother, I know no son is perfect, and we all make mistakes, but there is one thing I know my son, Phil, is a very good man.

I hope and pray you can see him as I do, a productive member of our society and a person that will be a good citizen for the rest of his life.

Thank you for being merciful and taking the time to read this letter from a heartbroken mother.

Sincerely,
Mother - Modenia Joy Kramer
--

April 1, 2022

From:

Steven Reyes



To:

Honorable Emmet G. Sullivan

United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Reference: Mr. Philip E. Kramer

Dear Honorable Judge E. G. Sullivan:

My name is Steven Reyes, I'm 66 years old and have resided within the City of Yorba Linda, California for the past 32 years. I'm an honorably retired Sergeant, formally of the California Highway Patrol for whom I proudly served for twenty-eight years.

I have lived next door to the Kramer Family for 20 years. I have come to know their family, including children, grandchildren and extended family members. The Kramer Family have always conducted themselves as outstanding, law-abiding, caring members of our community and specifically, our neighborhood.

I have enjoyed a great friendship with Mr. Philip Kramer the entire time we have lived next to each other. Mr. Kramer has displayed courage, character, and integrity to everyone in our neighborhood. Our neighborhood is located in a mountainous area and has experienced several wildfires and threats of flooding. I witnessed Mr. Kramer, without regard to his personal safety, battle wildfires to the extent he was injured and required medical care. His efforts saved our neighbor's homes on a number of occasions including wildfire incidents when fire services abandoned our neighborhood. He has helped our local senior citizens with brush and V-ditch clearance, sandbag preparation to prevent flooding, as well as numerous other good deeds.

Page 2

Reference: Mr. Philip E. Kramer

Mr. Kramer has supported and coached youth sports, provided food and blankets to our local unhoused citizens and has lived an exemplary life.

I understand completely the serious nature of the crimes Mr. Kramer is alleged to have committed and in no way am I trying to dismiss the events he is alleged to have participated in.

Mr. Kramer has expressed to me his true remorse for his actions, participation, and the consequences of the events of January 6th, 2021. I wholly believe him.

His actions, that day, have resulted in tremendous heartache for himself, his family and ruination of his good name.

I do believe Mr. Kramer to be a good man. I know him as a good man, a caring man and a man of law-abiding citizenship. I believe, with all my heart Judge, he can return to that person and live as a productive member of society and a man of upstanding citizenship. I hope to help him achieve those goals.

Judge Sullivan, I sincerely thank you for taking the time to read this letter.

Respectfully,

Steven Reyes

Don and Kathy Slocum

3/8/2022

Re: Phil Kramer

To:  The Honorable Emmet G. Sullivan
     United States District Court Judge

Kathy and I have been a neighbor next to Phil and his family at Havasu Lake for the past seven years. Both our families have vacation homes there. During our times at the lake we have become very good friends and have come to know each other well. Phil has always been the perfect example of an out standing citizen, husband, father and grandfather. Always willing to help anyone who is in need. Kathy and I have been the recipients of Phil's kindness and generosity on numerous occasions.

During our conversations with Phil about this chapter in his life we have come to know how hard this has been on him and his family. The loss of his job and income has been hard to over come. He has expressed regret many times and only wants to continue with his life as he once knew it.

It is our true belief that Phil is willing to accept fair consequences for his actions on January 6th. Phil is ready to pay his fair debt and move on to be the out standing citizen, husband, father and grandfather that he truly is.

Sincerely,
Don and Kathy Slocum