# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP EDWARD KRAMER<br>　　　　Defendant. | Case No. 1:21-CR-00413-EGS<br><br>**STATUS REPORT REGARDING APPLICATION FOR ACCESS TO VIDEO EXHIBIT** |

Defendant Philip Edward Kramer, by and through his attorney of record, Deputy Federal Public Defender Jonathan K. Ogata, hereby submits this status report stating his position regarding the application for access to video exhibit filed on June 17, 2022. ECF No. 36.

Mr. Kramer takes no position regarding the application for access to video exhibit filed on June 17, 2022.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: June 27, 2022　　　　　　By　*/s/ Jonathan K. Ogata*
　　　　　　　　　　　　　　　　　　JONATHAN K. OGATA
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　　(Bar No. 325914)
　　　　　　　　　　　　　　　　　　411 West Fourth Street, Suite 7110
　　　　　　　　　　　　　　　　　　Santa Ana, California  92701-4598
　　　　　　　　　　　　　　　　　　Telephone:  (714) 338-4500
　　　　　　　　　　　　　　　　　　(E-Mail:  Jonathan_Ogata@fd.org)