**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00413-EGS |
| Plaintiff, | |
| v. | |
| PHILIP EDWARD KRAMER | |
| Defendant. | |

### NOTICE REGARDING PHILIP KRAMER'S COMPLETION OF

### COMMUNITY SERVICE

Defendant Philip Edward Kramer hereby gives notice to this Honorable Court that he has completed the community service ordered in the above captioned case. One June 8, 2022, this Court sentenced Mr. Kramer to thirty (30) days in custody for violating 40 U.S.C § 5104(e)(2)(G). ECF No. 34. The Court further ordered Mr. Kramer to complete 100 hours of community service and requested counsel provide notice to the Court upon its completion.

Mr. Kramer has since completed 130 hours community service as outlined in **Exhibits A and B** of this filing. Defense Counsel, thus, provides this notice to the Court that Mr. Philip Edward Kramer has satisfied his community service obligations in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 9, 2022          By  /s/ Jonathan K. Ogata

JONATHAN K. OGATA
Deputy Federal Public Defender
(Bar No. 325914)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
(E-Mail: Jonathan_Ogata@fd.org)

EXHIBIT "A"



EMPOWERING SUCCESS ONE BY ONE

July 27, 2022

To Whom It May Concern:

I am pleased to confirm the volunteer service of Philip E. Kramer and his support of Haynes Family of Programs. His contribution of more than 130 unpaid volunteer hours for Race Across America (RAAM) helped to garner international recognition for our non-profit agency dedicated to providing a home to boys in foster care and special education services to boys and girls in need of individualized academic support.

It was a pleasure seeing him entirely committed to the project at the Team Bemer RAAM kickoff event on June 15, 2022.

Philip E. Kramer helped in sharing our mission thus allowing our portfolio of programs to become an alternative for those in need.

Most sincerely,

Jane Woods
Senior Director of Development

233 West Baseline Rd., La Verne, CA 91750    **P.** 909.593.2581    **F.** 909.596.3567    **E.** info@leroyhaynes.org    **TID.** 95-1506150    **LeRoyHaynes.org**

EXHIBIT "B"

**COMMUNITY SERVICE LETTER OF VERIFICATION FORM**

NAME Philip Edward Kramer

| Date of service | Time served: from when to when? | Number of hours served: [total] | Description of what you did while there |
|---|---|---|---|
| 06/14/22 | 12 - 9pm | 9 | Motorhome Cleaning, Two way Radio Installation, Bike Rack Mounting, Rear Stupe Install Installation |
| 06/15/22 | 9am - 9pm | 12 | Motor Home Detailing - Aluminum Polishing Wheel Polishing |
| 06/16/22 | 9am - 9pm | 12 | Motor home stocking of Race items, tools, food, Crew orientation, Crew Photos, Meals |
| 06/17/22 | 9am - 9pm | 12 | Race Vehicle's Inventory, Crew Orientation, Final Preparations for race start next day |
| 06/18/22 | 7am - 11pm | 16 | Motorhome Driver 8 Hrs, Navigator 8 hrs, Provide safe travel, fuel, water & Black Water Dumps |
| 06/19/22 | 7am - 11pm | 16 | Motor home Driver 8Hrs, Navigator 8Hrs, Provide Safe travel, fuel, water, Black water Dumps |
| 06/20/22 | 7am - 11pm | 16 | Motorhome Driver 8Hrs, Navigator 8Hrs, Provide Safe Travel, fuel, water, Black water Dumps |
| 06/20/22 | 7am - 11pm | 16 | Motorhome Driver 8hrs. Navigator 8Hrs. Provide Safe Travel, fuel, Water, Black Water Dump |
| 06/21/22 | 7am - 11pm | 16 | MotorHome Driver 8hrs, Navigator 8hrs, Provide Safe travel, fuel, water, Black Water Dump |
| 06/22/22 | 9am - 3pm | 6 | Vehicle Tear Downs, Post Race clean ups, Cleaning & organizing items for transport |

I witness that the above student has completed the community service described above.

Signature of Contact Person

Gregory D. Petersen
Name of Contact Person [Please Print]

(951) 315-9114
Contact Phone Number